## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/16/2020

------------------------------------------------------------X

ADAM HAVENS,

      Plaintiff,

   -against-

      18 **CIVIL** 488 (PGG)

## **JUDGMENT**

THE HARTFORD FINANCIAL SERVICES
GROUP, INC.,

      Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 13, 2020, Defendant's motion to compel arbitration and

motion to dismiss are granted; accordingly, the case is closed.

**Dated:** New York, New York
   March 16, 2020

          **RUBY J. KRAJICK**

          **Clerk of Court**

     **BY:**

          **Deputy Clerk**